**B. GORTZ MFG. CO., Respondent, v. PARKS, Appellant.** (Supreme Court, Appellate Term. November 6, 1903.) Action by the B. Gortz Manufacturing Company against William A. Parks. From a judgment for plaintiff, and from an order denying a new trial, defendant appeals. Affirmed. Johnson & Higgins, for appellant. Phillips & Avery, for respondent.

BLANCHARD, J. It is clear, from the evidence, that the parties to the written agreement upon which this action was brought intended that that instrument should relate to the prior contract made by the plaintiff with Teichman & Potter, and that the insertion of the word "Company" in the agreement was due to clerical error or mistake. On this point nothing

need be added to the opinion of the court at the trial. The judgment must therefore be affirmed, with costs. All concur.